UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Deonte Rodricus Ward**          Docket No. 5:18-CR-116-1BO

### Petition for Action on Supervised Release

COMES NOW Scott Plaster, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Deonte Rodricus Ward, who, upon an earlier plea of guilty to Possession of a Firearm by a Felon, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), was sentenced by the Honorable Terrence W. Boyle, United States District Judge, on February 7, 2019, to the custody of the Bureau of Prisons for a term of 50 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Deonte Rodricus Ward was released from custody on August 23, 2022, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On or about August 31, 2023, the defendant was charged with Possession with Intent to Manufacture, Sell, Deliver Cocaine and Possession of Marijuana Up to ½ Ounce in Wake County, North Carolina. According to the defendant, he purchased cocaine and marijuana for personal use after going through some struggles in his relationships, and he denies selling cocaine. As a result of the defendant admitting to purchasing cocaine and marijuana for personal use, it is recommended that the conditions of supervised release be modified to include participation in a program for the treatment of narcotic addiction, drug dependency, or alcohol dependency, including urinalysis testing. A Motion for Revocation of Supervised Release is forthcoming. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                    I declare under penalty of perjury that the foregoing
                                          is true and correct.

/s/ Melissa K. Lunsmann                   /s/ Scott Plaster
Melissa K. Lunsmann                       Scott Plaster
Supervising U.S. Probation Officer        U.S. Probation Officer
                                          310 New Bern Avenue, Room 610
                                          Raleigh, NC 27601-1441
                                          Phone: 919-861-8808
                                          Executed On: October 10, 2023

Deonte Rodricus Ward
Docket No. 5:18-CR-116-1BO
Petition for Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __10__ day of __October__, 2023, and ordered filed and made a part of the records in the above case.

*Terrence Boyle*
Terrence W. Boyle
United States District Judge